# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ROBINSON, | ) Case No. 2:17-cv-01552-WBS-AC |
| | ) |
| Plaintiff, | ) **CLASS ACTION** |
| | ) |
| vs. | ) |
| | ) **[PROPROSED] ORDER** |
| CAPITAL ONE, N.A., | ) **DISMISSING ENTIRE ACTION** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS HERBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and upon review of the Stipulation of Voluntary Dismissal of all parties who have appeared, the above-captioned action is hereby dismissed, with each party to bear its own fees and costs.

Dated: January 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE